FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 30 AM 10: 30

CLERK _____
SO. DIST. OF GA.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIE JAMES WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 606-003 |
| ) | |
| GLENN RICH, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motions for summary judgment (doc. nos. 2, 4, 5 & 7) are **GRANTED**, this case is **DISMISSED** without prejudice for Plaintiff's failure to exhaust administrative remedies, and the Clerk is **DIRECTED** to enter an appropriate **FINAL JUDGMENT** in favor of Defendants and to **CLOSE** this case.

SO ORDERED this 30 day of August, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA